IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HALLEY ROBERSON | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:12-cv-00826 |
| | § | |
| | § | |
| | § | |
| PEROUTKA & PEROUTKA, P.A. | § | |
| | § | |
| | § | |
| | § | Demand for Jury Trial |
| | § | |
| | § | |
| Defendant | § | |

**PLAINTIFF'S VOLUNTARY MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff HALLEY ROBERSON, by and through Plaintiff's Counsel and Defendant having not yet made an appearance, file this Motion for Voluntary Dismissal and would respectfully show the Court as follows:

**I. RELIEF REQUESTED**

The Parties have resolved the disputes between them.  As a result, Plaintiff respectfully request that this Court enter an order dismissing, with prejudice, this suit and all claims and causes of action asserted or that could have been asserted in this suit.

**II.  PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully request that the Court dismiss this suit and all claims and causes of action asserted or that could have been asserted in this suit with prejudice with court costs taxed against the party incurring

same .

Dated: May 20, 2012

                        Respectfully Submitted

                        By:/s/Dennis McCarty
                        Dennis McCarty
                        Mississippi Bar No. 102733
                        P.O. Box 54172
                        Hurst, Tx76054
                        Telephone 817-704-3375
                        Fax (817) 887-5069
                        Phong Le
                        ATTORNEY FOR PLAINTIFF
                        Texas Bar No. 24043776
                        Federal Bar No. 917775
                        6065 Hillcroft, Tx 77081
                        Houston, Texas 77081
                        Telephone: 713-337-0670
                        Facsimile:  713-337-0671

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 20th day of May, 2012, a true and correct copy of the foregoing was electronically emailed to the Defendant, by and through their representative, Ronald Canter to the following:

Ronald S. Canter, Esquire (MD, FL, PA, DC)
The Law Offices of Ronald S. Canter, LLC
200 A Monroe Street
Suite 104
Rockville, MD 20850
301-424-7490
301-424-7470 (fax)
301-943-6111 (cell)

                                      /s/Dennis McCarty
                                      DENNIS MCCARTY